# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

SCOTT SIDELL                                                **APPEARANCE**

                    Plaintiff,                          CIVIL ACTION NO.:

v.

STRUCTURED SETTLEMENT
INVESTMENTS, LP, PLAINTIFF
FUNDING HOLDING, INC.
(D/B/A "LAWCASH"), DENNIS
SHIELDS, HARVEY HIRSCHFELD,
RICHARD PALMA,
and SCOTT YUCHT

**To the Clerk of this court and all parties of record:**

    **Enter my appearance as counsel in this case for**

    **the plaintiff**

    **I certify that I am admitted to practice in this court.**

| | |
|---|---|
| May 8, 2008 | _(signature)_ |
| *Date* | *Signature* |
| | **RUSSELL A. GREEN** |
| CT14976 | **HURWITZ, SAGARIN, SLOSSBERG** |
| | **& KNUFF, LLC** |
| *Connecticut Federal Bar Number* | *Print Name* |
| (203) 877-8000   (203) 878-9800 | 147 N. Broad Street |
| *Telephone*    *Facsimile* | *Address* |
| *Email: RGreen@hssklaw.com* | |
| | Milford    CT    06460 |
| | *City*    *State*    *Zip Code* |

## CERTIFICATE OF SERVICE

**This is to certify that the foregoing Appearance was mailed on this date to the following:**

    N/A

_(signature)_
Russell A. Green

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service.)