# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

SCOTT SIDELL                                          APPEARANCE

            Plaintiff,                      CIVIL ACTION NO.:

:

v.

STRUCTURED SETTLEMENT
INVESTMENTS, LP, PLAINTIFF
FUNDING HOLDING, INC.
(D/B/A "LAWCASH"), DENNIS
SHIELDS, HARVEY HIRSCHFELD,
RICHARD PALMA,
and SCOTT YUCHT:

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    the plaintiff

    I certify that I am admitted to practice in this court.

| May 8, 2008 | *signature* |
|---|---|
| **Date** | **Signature** |

DAVID A. SLOSSBERG
HURWITZ, SAGARIN, SLOSSBERG
 & KNUFF, LLC

*CT13116*

*Print Name*

*Connecticut Federal Bar Number*

(203) 877-8000   (203) 878-9800           147 N. Broad Street
*Telephone*     *Facsimile*              *Address*

*Email: DSlossberg@hssklaw.com*

| Milford | CT | 06460 |
|---|---|---|
| *City* | *State* | *Zip Code* |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

N/A                                       *signature*
                                                         David A. Slossberg

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service.)