# United States District Court
# District of Connecticut

SCOTT SIDELL,

        Plaintiff,

- against -

STRUCTURED SETTLEMENT
INVESTMENTS, PLAINTIFF FUNDING
HOLDING, INC., ET AL.

        Defendant.

SUMMONS IN A CIVIL CASE

CASE NUMBER:

**308CV710-AWT**

**To:** Plaintiff Funding Holding, Inc.
     Registered Agent:
     Corporation Service Company
     2711 Centerville Road, Suite 400
     Wilmington, DE 19808

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

     David A. Slossberg, Esq.
     Russell A. Green, Esq.
     Hurwitz, Sagarin, Slossberg & Knuff, LLC
     147 North Broad Street
     Milford, Connecticut 06460

an answer to the complaint which is herewith served upon you, within <u>twenty (20)</u> days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**ROBERTA D. TABORA**                                      5/8/08

CLERK                                                                          DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 08/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (*Print*) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other: *(Specify)*: _____
_____
_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| **DECLARATION OF SERVER** | | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
　　　　　　　　*Date*　　　　　　　　　　　　　　　　　　　*Signature of Server*


　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　*Address of Server*

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedure.

STATE OF CONNECTICUT)
                     ) SS: MILFORD              MAY 27, 2008
COUNTY OF NEW HAVEN )

Then and there by virtue hereof and by the direction of the Plaintiff's attorney, I served the following within named Defendant with a true and attested copy of the original SUMMONS, ORDER ON PRETRIAL DEADLINES, CIVIL COVER SHEET, PJR COMPLAINT, PROPOSED UNSIGNED WRIT, APPEARANCE OF RUSSELL A. GREEN, NOTICE OF APPLICATION FOR PREJUDGMENT REMEDY, APPLICATION FOR PREJUDGMENT REMEDY, AFFIDAVIT IN SUPPORT OF PLAINTIFF'S APPLICATION FOR PREJUDGMENT REMEDY, ORDER TO SHOW CAUSE, AND MOTION FOR DISCLOSURE OF ASSETS, with my doings thereon endorsed:

5/27/08    **PLAINTIFF FUNDING HOLDING, INC.** – Service was made upon Corporation Service Company, agent for service and entity authorized to accept service, by certified mail, return receipt requested, addressed to Corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington, DE  19808 (70062150000196428382);

The within and foregoing is the original SUMMONS, ORDER ON PRETRIAL DEADLINES, CIVIL COVER SHEET, PJR COMPLAINT, PROPOSED UNSIGNED WRIT, APPEARANCE OF RUSSELL A. GREEN, NOTICE OF APPLICATION FOR PREJUDGMENT REMEDY, APPLICATION FOR PREJUDGMENT REMEDY, AFFIDAVIT IN SUPPORT OF PLAINTIFF'S APPLICATION FOR PREJUDGMENT REMEDY, ORDER TO SHOW CAUSE, AND MOTION FOR DISCLOSURE OF ASSETS with my doings thereon endorsed:

ATTEST:

WILLIAM STUART
STATE MARSHAL
NEW HAVEN COUNTY

FEES:
Service...............$ 30.00
Travel...............   1.00
Copies...............  31.00
Endorsements.........    .80
Certified mail         6.58
TOTAL................$ 69.38