AO 440 (Rev. 08/01) Summons in a Civil Action

# United States District Court
# District of Connecticut

SCOTT SIDELL,                                      SUMMONS IN A CIVIL CASE

        Plaintiff,

- against -                                         CASE NUMBER:

STRUCTURED SETTLEMENT
INVESTMENTS, PLAINTIFF FUNDING                      3O8CV710 AWT
HOLDING, INC., ET AL.

        Defendant.

**To:** Harvey R. Hirschfeld
     42 Annin Road
     Far Hills, NJ 07931

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    David A. Slossberg, Esq.
    Russell A. Green, Esq.
    Hurwitz, Sagarin, Slossberg & Knuff, LLC
    147 North Broad Street
    Milford, Connecticut 06460

an answer to the complaint which is herewith served upon you, within <u>twenty (20)</u> days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**ROBERTA D. TABORA**                              5/8/08

CLERK                                              DATE

_(signature)_

(BY) DEPUTY CLERK

AO 440 (Rev. 08/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (*Print*) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other: *(Specify)*: _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                  Date                                    *Signature of Server*

                                            _____
                                            *Address of Server*

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedure.

STATE OF CONNECTICUT)
                    )  SS:  MILFORD               MAY 27, 2008
COUNTY OF NEW HAVEN )

Then and there by virtue hereof and by the direction of the
Plaintiff's attorney, I served the following within named
Defendant with a true and attested copy of the original SUMMONS,
ORDER ON PRETRIAL DEADLINES, CIVIL COVER SHEET, COMPLAINT,
APPEARANCE OF RUSSELL A. GREEN AND APPEARANCE OF DAVID A.
SLOSSBERG, with my doings thereon endorsed:

**5/27/08**  **HARVEY R. HIRSCHFELD** – Pursuant to Connecticut General Statutes Section 52-59b, I made service upon the Secretary of State with one true and attested copy of said process by certified mail, return receipt requested, addressed to Secretary of the State, 30 Trinity Street, Hartford, CT 06106 (70062150000196428467). I paid the fee of $25.00. Said Secretary of State is the attorney for the non-resident defendant. Thereafter, on the 27th day of May, 2008, I mailed one true and attested copy of said process by Certified Mail, Return Receipt Requested, to **Harvey R. Hirschfeld, 42 Anin Road, Far Hills, NJ 07931 (70062150000196428450);**

The within and foregoing is the original SUMMONS, ORDER ON
PRETRIAL DEADLINES, CIVIL COVER SHEET, COMPLAINT, APPEARANCE OF
RUSSELL A. GREEN AND APPEARANCE OF DAVID A. SLOSSBERG with my
doings thereon endorsed:

ATTEST:

WILLIAM STUART
STATE MARSHAL
NEW HAVEN COUNTY

FEES:
Service..............$ 60.00
Travel...............   1.00
Copies...............  62.00
Endorsements.........   1.20
Certified mail          6.58
Secretary of the State 25.00
TOTAL................$155.78