# United States District Court
# District of Connecticut

SCOTT SIDELL,

    Plaintiff,

- against -

STRUCTURED SETTLEMENT
INVESTMENTS, PLAINTIFF FUNDING
HOLDING, INC., ET AL.

    Defendant.

SUMMONS IN A CIVIL CASE

CASE NUMBER:

3O8CV710 AWT

**To:** Richard D. Palma
    55 Poplar Street, Apt. 6G
    Brooklyn, NY 11201

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    David A. Slossberg, Esq.
    Russell A. Green, Esq.
    Hurwitz, Sagarin, Slossberg & Knuff, LLC
    147 North Broad Street
    Milford, Connecticut 06460

an answer to the complaint which is herewith served upon you, within <u>twenty (20)</u> days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**ROBERTA D. TABORA**
_____
CLERK

5/8/08
_____
DATE

_____
(BY) DEPUTY CLERK

AO 440 (Rev. 08/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER (*Print*) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____

☐ Other: *(Specify)*: _____
_____
_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |
| DECLARATION OF SERVER | | |

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
              *Date*                                          *Signature of Server*

                                       _____
                                         *Address of Server*

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedure.

STATE OF CONNECTICUT )
                        ) SS: MILFORD       MAY 27, 2008
COUNTY OF NEW HAVEN )

Then and there by virtue hereof and by the direction of the Plaintiff's attorney, I served the following within named Defendant with a true and attested copy of the original SUMMONS, ORDER ON PRETRIAL DEADLINES, CIVIL COVER SHEET, COMPLAINT, APPEARANCE OF RUSSELL A. GREEN AND APPEARANCE OF DAVID A. SLOSSBERG, with my doings thereon endorsed:

**5/27/08**    **RICHARD PALMA** – Pursuant to Connecticut General Statutes Section 52-59b, I made service upon the Secretary of State with one true and attested copy of said process by certified mail, return receipt requested, addressed to Secretary of the State, 30 Trinity Street, Hartford, CT 06106 (70062150000196428467). I paid the fee of $25.00. Said Secretary of State is the attorney for the non-resident defendant. Thereafter, on the 27th day of May, 2008, I mailed one true and attested copy of said process by Certified Mail, Return Receipt Requested, to **Richard D. Palma, 55 Poplar Street, Apt. 6G, Brooklyn, NY 11201 (70062150000196428436);**

The within and foregoing is the original SUMMONS, ORDER ON PRETRIAL DEADLINES, CIVIL COVER SHEET, COMPLAINT, APPEARANCE OF RUSSELL A. GREEN AND APPEARANCE OF DAVID A. SLOSSBERG with my doings thereon endorsed:

ATTEST: *[signature]*

WILLIAM STUART
STATE MARSHAL
NEW HAVEN COUNTY

FEES:
Service............... $ 60.00
Travel................    1.00
Copies................   62.00
Endorsements..........    1.20
Certified mail            6.58
Secretary of the State   25.00
TOTAL................. $155.78