# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

SCOTT SIDELL                                                        APPEARANCE

                Plaintiff,                CIVIL ACTION NO.: 3:08-cv-710 (AWT)

v.

STRUCTURED SETTLEMENT
INVESTMENTS, LP, PLAINTIFF
FUNDING HOLDING, INC.
(D/B/A "LAWCASH"), DENNIS
SHIELDS, HARVEY HIRSCHFELD,
RICHARD PALMA,
and SCOTT YUCHT

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    the plaintiff

    I certify that I am admitted to practice in this court.

| June 6, 2008 | _/s/ Allison M. Near_ |
|---|---|
| *Date* | *Signature* |

|  | ALLISON M. NEAR |
|---|---|
| ct27241 | HURWITZ, SAGARIN, SLOSSBERG & KNUFF, LLC |
| *Connecticut Federal Bar Number* | *Print Name* |
| (203) 877-8000     (203) 878-9800 | 147 N. Broad Street |
| *Telephone     Facsimile* | *Address* |

*Email: RGreen@hssklaw.com*

| Milford | CT | 06460 |
|---|---|---|
| *City* | *State* | *Zip Code* |

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Appearance was mailed on this date to the following:

N/A                                       _/s/ Allison M. Near_
                                                               Allison M. Near

(Use additional pages, if necessary, to list the name and address of each attorney or party for which you are certifying service.)
Appearance.frm.feb.96