# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SCOTT SIDELL, | : | CIVIL ACTION NO. 3:08 CV 710 (AWT) |
| Plaintiff, | : | |
| V. | : | |
| STRUCTURED SETTLEMENT INVESTMENTS, LP, and PLAINTIFF FUNDING HOLDING, INC. (D/B/A "LAWCASH"), DENNIS SHIELDS, HARVEY HIRSCHFELD, RICHARD PALMA and SCOTT YUCHT, | : | |
| Defendants. | | JUNE 16, 2008 |

## **APPEARANCE**

Please enter my appearance in the above-referenced matter on behalf of Defendants Structured Settlement Investments, LP, Plaintiff Funding Holding, Inc. (d/b/a "Lawcash"), Dennis Shields, Harvey Hirschfeld, Richard Palma, and Scott Yucht.

Dated: June 16, 2008                **ROBINSON & COLE LLP**

By /s/ John F.X. Peloso, Jr.
   John F.X. Peloso, Jr. (ct02447)
   695 East Main Street
   Stamford, Connecticut 06904
   Phone: (203) 462-7500
   Facsimile: (203) 462-7599
   E-mail: jpeloso@rc.com

Attorney for Structured Settlement Investments, LP and Plaintiff Funding Holding, Inc. (d/b/a "Lawcash")

STAM1-860848-2

## CERTIFICATE OF SERVICE

I hereby certify that, on June 16, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access the foregoing through the Court's system.

/s/ John F.X. Peloso, Jr.
John F.X. Peloso, Jr. (ct02447)