UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SCOTT SIDELL, | : CIVIL ACTION NO. 3:08 CV 710 (AWT) |
| Plaintiff, | : |
| V. | : |
| STRUCTURED SETTLEMENT INVESTMENTS, LP, and PLAINTIFF FUNDING HOLDING, INC. (D/B/A "LAWCASH"), DENNIS SHIELDS, HARVEY HIRSCHFELD, RICHARD PALMA and SCOTT YUCHT, | : |
| Defendants. | JUNE 16, 2008 |

## APPEARANCE

Please enter my appearance in the above-referenced matter on behalf of Defendants Structured Settlement Investments, LP, Plaintiff Funding Holding, Inc., Dennis Shields, Harvey Hirschfeld, Richard Palma, and Scott Yucht.

ZUKERMAN GORE & BRANDEIS, LLP

By /s/ John K. Crossman.
John K. Crossman (ct25518)
875 Third Avenue
New York, New York
Phone: (212) 223-6700
Facsimile: (212) 223-6433
E-mail: jcrossman@zgbllp.com

Attorney for Structured Settlement Investments, LP and Plaintiff Funding Holding, Inc. (d/b/a "Lawcash"), Dennis Shields, Harvey Hirschfeld, Richard Palma, and Scott Yucht

## CERTIFICATE OF SERVICE

I hereby certify that, on June 16, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access the foregoing through the Court's system.

                                                */s/ John K. Crossman*
                                                John K. Crossman (ct25518)