# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SCOTT SIDELL, | : CIVIL ACTION NO. 3:08CV710(AWT) |
| Plaintiff, | : |
| V. | : |
| STRUCTURED SETTLEMENT INVESTMENTS, LP, PLAINTIFF FUNDING HOLDING, INC. (D/B/A "LAWCASH"), DENNIS SHIELDS, HARVEY HIRSCHFELD, RICHARD PALMA, AND SCOTT YUCHT, | : |
| Defendants. | : |
| | : JUNE 16, 2008 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule of Civil Procedure 7(b), Defendants Structured Settlement Investments, L.P., Plaintiff Funding Holding, Inc. (D/B/A "Lawcash"), Dennis Shields, Harvey Hirschfeld, Richard Palma and Scott Yucht, (collectively "Defendants"), by their undersigned counsel, hereby move for an extension of time of thirty (30) days up to and including July 16, 2008 in which to move, answer or otherwise respond to the Complaint, dated May 8, 2008. This is Defendants' first motion for an extension of time. Plaintiff's counsel has no objection to the motion for extension of time.

This requested extension is necessary to allow Defendants sufficient time to consult with their counsel and to prepare an appropriate response to Plaintiff's Complaint.

Respectfully submitted,

DEFENDANTS


By:\_\_\_\_/s/ John F.X. Peloso. Jr.
John F.X. Peloso, Jr. (ct02447)
Alexander D. Pencu (ct26759)
ROBINSON & COLE LLP
695 East Main Street
P.O. Box 10305
Stamford, Connecticut 06904-2305
Telephone: (203) 462-7500
Facsimile: (203) 462-7599
Email: jpeloso@rc.com
Email: apencu@rc.com


ZUKERMAN GORE & BRANDEIS, LLP
John K. Crossman (ct25518)
875 Third Avenue
New York, New York 10022
Telephone: (212) 223-6700

## **CERTIFICATE OF SERVICE**

I hereby certify that, on June 16, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access the foregoing through the Court's system.

/s/ John F.X. Peloso, Jr.
John F.X. Peloso, Jr. (ct02447)