UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| SCOTT SIDELL, | : |
| Plaintiff, | : |
| v. | : CASE NO. 3:08CV710 (AWT) |
| STRUCTURED SETTLEMENT INVESTMENTS, LP, ET AL. | : |
| Defendants. | : |

### ORDER OF TRANSFER

In the interest of justice, the above identified case is hereby transferred to <u>Judge Vanessa L. Bryant</u>. All further pleadings or documents in this matter should be filed with the Clerk's Office in <u>Hartford</u>, and shall bear the docket number 3:08CV710 (VLB ). Pleadings or documents related to this action and filed in any other seat of court, will be refused at the Clerk's Office and returned to you unfiled. [See Local Rule 3(a)]

Dated at Hartford, Connecticut this 23rd day of June 2008.

/s/ Alvin W. Thompson, USDJ
_____
Alvin W. Thompson
United States District Judge