OFFICER'S SUPPLEMENTAL RETURN

STATE OF CONNECTICUT)
                    ) SS: MILFORD     June 22, 2008
COUNTY OF NEW HAVEN )

**SIDELL V. STRUCTURED SETTLEMENT INVESTMENTS**

Afterwards, on the 18th day of June, 2008 I received addressed to the within named defendant:

SCOTT D. YUCHT

the    ☒ delivered green card annexed hereto.
       ☐ undelivered green card and envelope annexed hereto.

ATTEST:

WILLIAM STUART
STATE MARSHAL
NEW HAVEN COUNTY

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Scott D. Yucht
12 Hazelwood Ave
Livingston NJ
07039

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature] Lori Yucht
☐ Agent
☐ Addressee

B. Received by ( Printed Name )
Lori Yucht

C. Date of Delivery
JUN 13 2008

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)    7006 2150 0001 9642 8429

PS Form 3811, February 2004    Domestic Return Receipt