OFFICER'S SUPPLEMENTAL RETURN

STATE OF CONNECTICUT )
                     ) SS: MILFORD    June 15, 2008
COUNTY OF NEW HAVEN  )

**SIDELL V. STRUCTURED SETTLEMENT INVESTMENTS**

Afterwards, on the 10th day of June, 2008 I received addressed to the within named defendant:

**HARVEY R. HIRSCHFELD**

the  ☒ delivered green card annexed hereto.
     ☐ undelivered green card and envelope annexed hereto.

ATTEST: _[signature]_

WILLIAM STUART
STATE MARSHAL
NEW HAVEN COUNTY

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
   Harvey R. Hirschfeld
   42 Annin Rd
   Far Hills NJ
   07931

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: X _[signature]_ ☒ Agent ☒ Addressee
B. Received by (Printed Name): R. CAPROCK
C. Date of Delivery: 6-2008
D. Is delivery address different from item 1? ☐ Yes ☐ No

3. Service Type: ☒ Certified Mail ☐ Express Mail ☐ Registered ☐ Return Receipt for Merchandise ☐ Insured Mail ☐ C.O.D.
4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7006 2150 0001 9642 8450

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540