OFFICER'S SUPPLEMENTAL RETURN


STATE OF CONNECTICUT)
                     ) SS:  MILFORD    June 15, 2008
COUNTY OF NEW HAVEN  )


**SIDELL V. STRUCTURED SETTLEMENT INVESTMENTS**

Afterwards, on the 10th day of June, 2008 I received addressed to the within named defendant:

**RICHARD D. PALMA**

the   ☒ delivered green card annexed hereto.
      ☐ undelivered green card and envelope annexed hereto.

ATTEST: [signature]

WILLIAM STUART
STATE MARSHAL
NEW HAVEN COUNTY

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Richard D. Palma
55 Poplar St
Apt 6 G
Brooklyn, NY 11201

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: [signature]  ☐ Agent  ☒ Addressee
B. Received by (Printed Name): RICHARD PALMA
C. Date of Delivery: JUN 12 2008
D. Is delivery address different from? ☐ Yes ☐ No

3. Service Type: ☒ Certified Mail  ☐ Express Mail  ☐ Registered  ☐ Return Receipt for Merchandise  ☐ Insured Mail  ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7006 2150 0001 9642 8436

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540