OFFICER'S SUPPLEMENTAL RETURN


STATE OF CONNECTICUT)
                    ) SS:  MILFORD      June 15, 2008
COUNTY OF NEW HAVEN )


**SIDELL V. STRUCTURED SETTLEMENT INVESTMENTS**

Afterwards, on the 10th day of June, 2008 I received addressed
to the within named defendant:

**CORPORATION SERVICE COMPANY**

the          ☒ delivered green card annexed hereto.
             ☐ undelivered green card and envelope annexed hereto.

ATTEST:

WILLIAM STUART
STATE MARSHAL
NEW HAVEN COUNTY


| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X _Laura Cooper_  ☐ Agent  ☐ Addressee <br> B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to: <br> Corp Service Company <br> 2711 Centerville Rd <br> Suite 400 <br> Wilmington De <br> 19808 | D. Is delivery address different from item 1? ☐ Yes  ☐ No <br> If YES, enter delivery address below: <br><br> 3. Service Type <br> ☐ Certified Mail  ☐ Express Mail <br> ☐ Registered  ☐ Return Receipt for Merchandise <br> ☐ Insured Mail  ☐ C.O.D. <br> 4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number <br> (Transfer from service label)    7006 2150 0001 9642 8412 | |
| PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540 | |