OFFICER'S SUPPLEMENTAL RETURN


STATE OF CONNECTICUT)
                    )  SS:  MILFORD      June 15, 2008
COUNTY OF NEW HAVEN )


**SIDELL V. STRUCTURED SETTLEMENT INVESTMENTS**

Afterwards, on the 10th day of June, 2008 I received addressed
to the within named defendant:

**DENNIS A. SHIELDS**

the        ☒  delivered green card annexed hereto.
           ☐  undelivered green card and envelope annexed hereto.

                        ATTEST:

                        WILLIAM STUART
                        STATE MARSHAL
                        NEW HAVEN COUNTY


---

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3. Also complete
  item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse
  so that we can return the card to you.
- Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

   Dennis A. Shield
   5 Dowling Court
   Old Westbury NY 11568

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
   X                                    ☐ Agent
                                        ☐ Addressee
B. Received by ( Printed Name )   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:         ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7006 2150 0001 9642 8443

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540