OFFICER'S SUPPLEMENTAL RETURN

STATE OF CONNECTICUT)
                    ) SS: MILFORD      June 15, 2008
COUNTY OF NEW HAVEN )

**SIDELL V. STRUCTURED SETTLEMENT INVESTMENTS**

Afterwards, on the 10th day of June, 2008 I received addressed to the within named defendant:

**CORPORATION SERVICE COMPANY**

the     ☒ delivered green card annexed hereto.
        ☐ undelivered green card and envelope annexed hereto.

ATTEST:

WILLIAM STUART
STATE MARSHAL
NEW HAVEN COUNTY

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Corporation Service Company
2711 Centerville Rd
Suite 400
Wilmington DE 19808

**COMPLETE THIS SECTION ON DELIVERY**
A. Signature: Laura Cooper    ☐ Agent  ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

MAY 29 2008

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label)
7006 2150 0001 9642 8382

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540