# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SCOTT SIDELL, | : CIVIL ACTION NO. 3:08CV710 (VLB) |
| Plaintiff, | : |
| V. | : |
| STRUCTURED SETTLEMENT INVESTMENTS, LP, PLAINTIFF FUNDING HOLDING, INC. (D/B/A "LAWCASH"), DENNIS SHIELDS, HARVEY HIRSCHFELD, RICHARD PALMA, AND SCOTT YUCHT | : |
| Defendants. | : |
| | : JULY 15, 2008 |

## MOTION FOR EXTENSION OF TIME

Pursuant to Local Rule of Civil Procedure 7(b), Defendants Structured Settlement Investments, L.P., Plaintiff Funding Holding, Inc. (D/B/A "Lawcash"), Dennis Shields, Harvey Hirschfeld, Richard Palma and Scott Yucht, (collectively "Defendants"), by their undersigned counsel, hereby move for an extension of time of seven (7) days up to and including July 23, 2008 in which to move, answer or otherwise respond to the Complaint, dated May 8, 2008. This is Defendants' second motion for an extension of time. Plaintiff's counsel does not object to the motion for extension of time.

This requested extension is necessary to allow Defendants, including four individually named Defendants, sufficient time to consult with their counsel and to prepare an appropriate response to Plaintiff's Complaint. In addition, one of the attorneys with primary responsibility for drafting the response had to leave the office today unexpectedly in advance of a special medical procedure he is having tomorrow morning, and as a result, he is unexpectedly not available to work on the matter.

Respectfully submitted,

DEFENDANTS


By: /s/ John F.X. Peloso, Jr.
John F.X. Peloso, Jr. (ct02447)
Alexander D. Pencu (ct26759)
ROBINSON & COLE LLP
695 East Main Street
P.O. Box 10305
Stamford, Connecticut 06904-2305
Telephone: (203) 462-7500
Facsimile: (203) 462-7599
Email: jpeloso@rc.com
Email: apencu@rc.com


ZUKERMAN GORE & BRANDEIS, LLP
John K. Crossman (ct25518)
875 Third Avenue
New York, New York 10022
Telephone: (212) 223-6700

## CERTIFICATE OF SERVICE

I hereby certify that, on July 15, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access the foregoing through the Court's system.

/s/ John F.X. Peloso, Jr.
John F.X. Peloso, Jr. (ct02447)