UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SCOTT SIDELL						:
								:
		Plaintiff,				:	No. 3:08-cv-710 (VLB)
								:
v.								:
								:
STRUCTURED SETTLEMENT				:
INVESTMENTS, LP, PLAINTIFF FUNDING		:
HOLDING, INC. (D/B/A "LAWCASH"),			:
DENNIS SHIELDS, HARVEY HIRSCHFELD,	:
RICHARD PALMA, and SCOTT YUCHT		:
								:
		Defendants.				:	October 17, 2008

## MOTION ON CONSENT FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO COMPEL ARBITRATION, OR ALTERNATIVELY TO DISMISS

Plaintiff, Scott Sidell ("Plaintiff" or "Sidell"), requests an extension of time to and including October 29, 2008, to respond to Defendants' Motion to Compel Arbitration, or Alternatively to Dismiss (the "Motion to Dismiss"). On October 1, 2008, the Plaintiff received notice of the current deadline of October 22, and since that time has been working diligently on preparing a response to the Motion to Dismiss. The additional time is necessary to formulate a proper response. This is the first request to extend this deadline. The Defendants have been consulted regarding Plaintiff's request for additional time and have given their consent.

WHEREFORE, Plaintiff respectfully requests that this Motion be granted, and that the time for responding to Defendants' Motion to Dismiss be extended up to and including October 29, 2008.

THE PLAINTIFF

By: _____
David A. Slossberg [ct13116]
Russell A. Green [ct14976]
HURWITZ, SAGARIN, SLOSSBERG
& KNUFF, LLC
147 North Broad Street
Milford, CT 06460-0112
Telephone: 203-877-8000
Facsimile: 203-878-9800
Juris No. 26616

2

## CERTIFICATE OF SERVICE

This is to certify that on October 17, 2008 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to all parties that are unable to accept electronic filing. Parties may access this filing through the Court's electronic system.

_____
Russell A. Green

3