UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

SCOTT SIDELL                              :
                                          :
           Plaintiff,                     :       3:08-cv-710 (VLB)
                                          :
v.                                        :
                                          :
STRUCTURED SETTLEMENT INVESTMENTS,         :
LP, PLAINTIFF FUNDING HOLDING, INC.        :
(D/B/A "LAWCASH"), DENNIS SHIELDS,         :
HARVEY HIRSCHFELD, RICHARD PALMA,          :
and SCOTT YUCHT                           :
                                          :
           Defendants.                    :       October 30, 2008

## MOTION FOR WITHDRAWAL OF APPEARANCE

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, the undersigned hereby moves for leave to withdraw Allison M. Near as counsel of record for the Plaintiff, as she has separated from the law firm of Hurwitz, Sagarin, Slossberg & Knuff, LLC. Attorneys Russell A. Green and David A. Slossberg continue to represent Plaintiff and no hardship will be caused by this withdrawal.

THE PLAINTIFF, SCOTT SIDELL,

By: _____
David A. Slossberg [ct13116]
Russell A. Green [ct14976]
Hurwitz, Sagarin, Slossberg & Knuff, LLC
147 North Broad Street
P.O. Box 112
Milford, CT 06460-0112
Tel: (203) 877-8000
Fax: (203) 878-9800
DSlossberg@hssklaw.com
RGreen@hssklaw.com

## CERTIFICATE OF SERVICE

This is to certify that on October 30, 2008 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to all parties that are unable to accept electronic filing. Parties may access this filing through the Court's electronic system.

Russell A. Green

2