UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| **SCOTT SIDELL,** : | **CIVIL ACTION NO. 3:08CV710(AWT)** |
| : | |
| **Plaintiff,** : | |
| : | |
| **V.** : | |
| : | |
| **STRUCTURED SETTLEMENT** : | |
| **INVESTMENTS, LP, PLAINTIFF FUNDING** : | |
| **HOLDING, INC. (D/B/A "LAWCASH"),** : | |
| **DENNIS SHIELDS, HARVEY HIRSCHFELD,** : | |
| **RICHARD PALMA, AND SCOTT YUCHT,** : | |
| : | |
| **Defendants.** : | |
| : | **NOVEMBER 6, 2008** |

**MOTION ON CONSENT FOR EXTENSION OF TIME TO REPLY TO
PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION
TO COMPEL ARBITRATION OR ALTERNATIVELY TO DISMISS**

Defendants Structured Settlement Investments, L.P., Plaintiff Funding Holding, Inc. (D/B/A "Lawcash"), Dennis Shields, Harvey Hirschfeld, Richard Palma and Scott Yucht, (collectively "Defendants"), by their undersigned counsel, hereby move for a one week extension of time up to and including November 19, 2008, in which to reply to Plaintiff, Scott Sidell's ("Plaintiff") Objection to Defendant's Motion to Compel Arbitration or Alternatively to Dismiss, dated October 29, 2008. This requested extension is necessary to allow Defendants sufficient time to consult with their counsel and to prepare an appropriate reply. This is Defendants' first motion for an extension of time. Plaintiff's counsel has consented to this motion for extension of time.

STAM1-868519-1

WHEREFORE, Defendants respectfully request that this Motion be granted and that Defendants' time to reply to Plaintiff's Opposition is extended up to and including November 19, 2008.

Respectfully submitted,

**DEFENDANTS**

By: /s/ John F.X. Peloso. Jr.
John F.X. Peloso, Jr. (ct02447)
Alexander D. Pencu (ct26759)
ROBINSON & COLE LLP
695 East Main Street
P.O. Box 10305
Stamford, Connecticut 06904-2305
Telephone: (203) 462-7500
Facsimile: (203) 462-7599
Email: jpeloso@rc.com
Email: apencu@rc.com

ZUKERMAN GORE & BRANDEIS, LLP
John K. Crossman (ct25518)
875 Third Avenue
New York, New York 10022
Telephone: (212) 223-6700

## CERTIFICATE OF SERVICE

I hereby certify that, on November 6, 2008, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access the foregoing through the Court's system.

/s/ John F.X. Peloso, Jr.
John F.X. Peloso, Jr. (ct02447)
