UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

SCOTT SIDELL                          :

v.                                    :         CASE NO.   3:08CV710   (VLB)

STRUCTURED SETTLEMENT                 :
INVESTMENTS, LP., ET AL.

### JUDGMENT

This action having come on for consideration of the defendant's motion to dismiss [doc.#36] before the Honorable Vanessa L. Bryant, United States District Judge, and

The Court having considered the full record of the case, including applicable principles of law, filed its Ruling and Order on January 14, 2009, granting the defendant's motion to dismiss,

It is hereby, ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of the defendants.

Dated at Hartford, Connecticut, this 15th day of January, 2009.


                                        ROBERTA D. TABORA, CLERK


                                  By:      /s/   RKW
                                        Robert K. Wood
                                        Deputy Clerk