UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

---------------------------------------------------------------- X
:
SCOTT SIDELL,                                        : 3:08CV710 (VLB)
:
                           Plaintiff,   :
:
v.                                                   :
:
STRUCTURED SETTLEMENT                                :
INVESTMENTS, LP, PLAINTIFF FUNDING                   :
HOLDING, INC. (D/B/A "LAWCASH"),                     :
DENNIS SHIELDS, HARVEY HIRSCHFELD,                   :
RICHARD PALMA, and SCOTT YUCHT,                      :
:
                         Defendants.  : April 8, 2009
:
---------------------------------------------------------------- X

### DECLARATION OF JOHN K. CROSSMAN
### IN OPPOSITION TO PLAINTIFF'S MOTION
### FOR DETERMINATION ON DISQUALIFICATION

    I, John K. Crossman, declare and state under 28 U.S.C. § 1746 as follows:

    1.    I am a member of Zukerman Gore Brandeis & Crossman, LLP ("ZGBC"), which is counsel to defendants in this matter. I make this declaration upon my own personal knowledge in opposition to Sidell's motion for determination on disqualification.

    2.    Attached as Exhibit 1 is a true and correct copy of the Memorandum of Law in Opposition to Plaintiff's Motion to Disqualify Counsel that we filed herein on July 31, 2008.

3. Attached as Exhibit 2 is a true and correct copy of my Declaration in Opposition to Scott Sidell's Motion to Disqualify which we also filed on July 31, 2008.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 8th day of April 2009 in New York, New York.

/s/ John K. Crossman
John K. Crossman

## CERTIFICATE OF SERVICE

I hereby certify that, on April 8, 2009, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access the foregoing through the Court's system.

/s/ John K. Crossman
John K. Crossman (ct25518)