UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SCOTT SIDELL, | : CIVIL ACTION NO. 3:08CV710(VLB) |
| Plaintiff, | : |
| v. | : |
| STRUCTURED SETTLEMENT INVESTMENTS, LP, PLAINTIFF FUNDING HOLDING, INC. (D/B/A "LAWCASH"), DENNIS SHIELDS, HARVEY HIRSCHFELD, RICHARD PALMA, AND SCOTT YUCHT, | : |
| Defendants. | : November 5, 2009 |

## STIPULATION AND ORDER OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by the parties through their undersigned counsel, that, according to Federal Rule of Civil Procedure 41, the parties hereby give notice to the Court that they have agreed to dismiss all claims pending in this action with prejudice. The parties therefore request that the Court so order the dismissal, by endorsing below.

STIPULATED AND AGREED,

| | |
|---|---|
| HURWITZ, SAGARIN, SLOSSBERG & KNUFF, LLC, | ZUKERMAN GORE BRANDEIS & CROSSMAN, LLP |
| By: /s/ Russell A. Green<br>Russell A. Green [ct12976]<br>147 North Broad Street,<br>PO Box 112<br>Milford, CT 06460<br>Tel: (203) 877-8000<br>Fax: 203-878-9800<br>RGreen@hssklaw.com<br><br>*Attorneys for Plaintiff* | By: /s/ John K. Crossman<br>John K. Crossman [ct25518]<br>875 Third Avenue<br>New York, New York 10022<br>Fax: (212) 223-6433<br>Email: jcrossman@zgbcllp.com<br><br>ROBINSON & COLE LLP<br>John F.X. Peloso, Jr. (ct02447)<br>Alexander D. Pencu (ct26759)<br>1055 Washington Boulevard<br>Stamford, Connecticut 06901-2249<br>Tel: (203) 462-7500<br>Fax: (203) 462-7599<br>Email: jpeloso@rc.com<br>Email: apencu@rc.com<br><br>*Attorneys for Defendants* |

SO ORDERED:

_____
U.S.D.J.

## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a copy of the foregoing Stipulation and Order of Dismissal to be filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will by sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

/s/ Russell A. Green
Russell A. Green